Form 208[ODSM 341 ME/Dsm Ch7]

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF UTAH

In re:

    Diamond Heritage Investment Group, LLC

        Debtor(s).

Case No. 13−27163 JTM
Chapter 7

## ORDER OF DISMISSAL

The debtor(s) having failed to comply with one or more of the following requirements pursuant to Local Rules 1007−1 or 2003−1:

    A. Timely file pertinent pleadings or documents;
    B. Failed to attend the Meeting of Creditors;

Notice having been given that such failure(s) will result in dismissal, it is hereby ORDERED that the above−named case is DISMISSED.

Dated and Entered on: September 5, 2013

*/s/ T Marker*

United States Bankruptcy Judge   (4)

United States Bankruptcy Court
District of Utah

In re:                                                                    Case No. 13-27163-JTM
Diamond Heritage Investment Group, LLC                                    Chapter 7
     Debtor

## CERTIFICATE OF NOTICE

District/off: 1088-2          User: mfm              Page 1 of 1         Date Rcvd: Sep 05, 2013
                              Form ID: f208          Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 07, 2013.
```
db         +Diamond Heritage Investment Group, LLC,    2580 Northside Dr. #105,    San Diego, CA 92108-6762
8908527    +First Financial Bank,    435 Washington St,    Columbus, IN 47201-6757
8908529    +Snell & Willmer,    Troy Aramburu,    15 W South Temple #1200,    Salt Lake City, UT 84101-1547
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
8908528        EDI: IRS.COM Sep 06 2013 00:28:00      Internal Revenue Service,
               Centralized Insolvency Operation,    Post Office Box 7346,    Philadelphia, PA 19101-7346
                                                                                             TOTAL: 1
```

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 07, 2013                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 5, 2013 at the address(es) listed below:
```
          Johnathan M. Duncan    on behalf of Debtor    Diamond Heritage Investment Group, LLC
            johnathanmduncan@gmail.com,    john@duncanlawpc.com
          Mary M. Hunt tr    hunttrustee@gmail.com,   hunt.peggy@dorsey.com;UT18@ecfcbis.com
          United States Trustee    USTPRegion19.SK.ECF@usdoj.gov
                                                                                             TOTAL: 3
```